# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moberly, Robyn L. | U.S. Bankruptcy Court for the Southern District of Indiana | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

317 Birch Bayh Federal Building and Federal Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Indiana University McKinney School of Law Alumni Association |
| 2. | President Elect | Indianapolis Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Whitham Hebenstreit and Zubek, attorneys at law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Indianapolis Bar Association | February 4-6, 2015 | Houston, Texas | American Bar Associaiton Midyear Meeting | airfare, hotel, registration fee, meals while at conference, taxi to and from airport |
| 2. | Indianapolis Bar Association | June 18 and 19, 2015 | French Lick, Indiana | Bench Bar Conference | Registration only |
| 3. | Indianapolis Bar Association | July 30-August 4, 2015 | Chicago, Illinois | ABA annual meeting | mileage, hotel, registration fee, meals while at conference |
| 4. | Indianapolis Bar Association | September 16-20, 2015 | Hilton Head | Conference of Metropolitan Bar Associations | airfare, hotel, registration fee, meals while at conference, taxi to and from airport |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | consumer credit | J |
| 2. | Citibank | consumer credit | J |
| 3. | Chase Bank | consumer credit | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock | D | Dividend | M | T | | | | | |
| 2. American Electric Power | A | Dividend | J | T | | | | | |
| 3. Frontier Communications | A | Dividend | J | T | | | | | |
| 4. Wells Fargo & Co. | C | Dividend | M | T | | | | | |
| 5. Marshall & Isley Bank (Y) | | | | | | | | | |
| 6. Verizon | A | Dividend | J | T | | | | | |
| 7. Moberly Investments LLC | A | Distribution | L | U | | | | | see note Part VIII |
| 8. New Mexico Apache Corp. mineral lease rights | | | | | | | | | see note Part VIII |
| 9. Yates Petroleum Corp. mineral rights | | | | | | | | | see note Part VIII |
| 10. Cimarex Energy Co. | | | | | | | | | see note Part VIII |
| 11. Chesapeake Operating Inc, Oklahoma City, OK | | | | | | | | | see note Part VIII |
| 12. Merit Energy | | | | | | | | | see note Part VIII |
| 13. Endeavor Energy Resources LP, Midland TX | | | | | | | | | see note Part VIII |
| 14. Three Rivers Operating Co | | | | | | | | | see note Part VIII |
| 15. Coca Cola Co. | C | Dividend | M | T | | | | | |
| 16. Eli Lilly Co. | A | Dividend | K | T | | | | | |
| 17. IBM | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kimberly Clark | A | Dividend | K | T | | | | | |
| 19. Merck | A | Dividend | K | T | | | | | |
| 20. Chevron | D | Dividend | M | T | | | | | |
| 21. Exxon Mobil | C | Dividend | M | T | | | | | |
| 22. GE | A | Dividend | K | T | | | | | |
| 23. Public Storage (REIT) | B | Distribution | L | T | | | | | |
| 24. Value Line Larger Companies Fund | A | Dividend | L | T | | | | | |
| 25. Fidelity Diversified International Fund. | A | Dividend | K | T | | | | | |
| 26. Fidelity Low-Priced Stock Fund | A | Dividend | J | T | | | | | |
| 27. Wells Fargo Advatage Capital Growth I | A | Dividend | K | T | | | | | |
| 28. Blackrock Large Cap Value Reitrement K | A | Dividend | K | T | | | | | |
| 29. PIMCO total REturn Instl | A | Dividend | J | T | | | | | |
| 30. Merrill Lynch Bank Deposit | B | Interest | M | T | | | | | |
| 31. CIT Bank Salt Lake City Utah Certificate of Deposit | | | | | | | | | |
| 32. DTE Energy Corp. | A | Dividend | J | T | | | | | |
| 33. Piedmont Natural Gas | A | Dividend | J | T | | | | | |
| 34. Southern Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cert of Deposit American Express Bank Salt Lake City UT municipal bond | A | Interest | K | T | | | | | |
| 36. Royal Bank of Scotland Grp PLC | A | Dividend | | | Redeemed | 09/01/15 | J | | |
| 37. Bank of America Corp | A | Dividend | K | T | | | | | |
| 38. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 39. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 40. CNO Financial Group, Inc. | A | Dividend | J | T | | | | | |
| 41. Southwest Airlines | A | Dividend | J | T | | | | | |
| 42. Travelers Co. | A | Dividend | J | T | | | | | |
| 43. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 44. AllianceBernstein Global Thematic Growth Fund Cl A | | None | J | T | | | | | |
| 45. Nuveen Investment Quality Municipal Fund | A | Dividend | J | T | | | | | |
| 46. Express Scripts Holding Co | A | Dividend | J | T | | | | | |
| 47. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 48. American Growth Fund | A | Int./Div. | K | T | | | | | |
| 49. American Capital | A | Int./Div. | J | T | | | | | |
| 50. American Capital World Growth & Income | A | Int./Div. | K | T | | | | | |
| 51. Clearbridge Aggressive Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD- Synchrony BK FKA GE | A | Int./Div. | J | T | | | | | |
| 53. CD-Synchrony BK FKA GE | A | Int./Div. | J | T | | | | | |
| 54. American Airlines Group (x) | A | Dividend | K | T | | | | | |
| 55. Entergy Corp (Y) | | | | | | | | | |
| 56. General Motors Common shares | A | Dividend | J | T | | | | | |
| 57. Oppenheimer Funds- Rising Dividend Fund A | A | Dividend | J | T | | | | | |
| 58. Oppenheimer Funds- Equity Fund A | A | Dividend | K | T | | | | | |
| 59. Oppenheimer Funds- Capital Appreciation Fund A | A | Dividend | J | T | | | | | |
| 60. Oppenheimer Funds-International Growth Fund A | A | Dividend | J | T | | | | | |
| 61. Apple, Inc. | A | Dividend | K | T | Buy | 04/15/15 | K | | |
| 62. Regions Banks Checking and savings | A | Interest | J | T | | | | | |
| 63. BMO Harris Bank | A | Int./Div. | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moberly, Robyn L. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 7 is an LLC my siblings and I created to "hold" the mineral rights and mineral leases we owned as a result of our inheritance from our parents. The assets in lines 8-14 were all transferred to the LLC on August 22, 2014 and I accidentally failed to disclose this tranfer of these assets to this newly created LLC in last year's report. I called the staff at the Committee on Financial discosure and this was how I was told to treat this transaction.

Line 31: This is the same certificate of deposit as on line 38. Preciously, I entered the same certificate 2 different ways, but they are only 1 CD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544